# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER OF DETENTION** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 4:08-cr-039 |
| Shane Lee Haberman, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant made his initial appearance before this court and was arraigned on July 7, 2008. AUSA Rick Volk appeared on the Government's behalf and orally moved for detention. Assistant Federal Public Defender Orell Schmitz was appointed as defense counsel and appeared on the Defendant's behalf.

The Defendant waived his right to a detention hearing in open court and consented to detention pending final disposition of this matter. The court accepts the Defendant's waiver, finding that it was made freely and voluntarily, knowingly and intelligently, and upon advice of counsel.

Accordingly, the court **GRANTS** the Government's motion for detention and **ORDERS** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 7th day of July, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge